**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RESNICK, FRED W.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-0719** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1310 Hilary Lane<br>Highland Park, IL 60035** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)          ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other_____          ☐ Clearing Bank | ■ Chapter 7          ☐ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business          ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**RESNICK, FRED W.** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If applicant is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ FRED W. RESNICK**
Signature of Debtor **FRED W. RESNICK**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 16, 2005**
Date

**Signature of Attorney**

X   **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Address

**312-368-0300**
Telephone Number

**August 16, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ JOSEPH E. COHEN            August 16, 2005**
Signature of Attorney for Debtor(s)          Date
**JOSEPH E. COHEN**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re    **FRED W. RESNICK**                                                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **13967773** | | | **First Mortgage** | | | | | |
| **LITTON LOAN SERVICES** **4828 Loop Central Drive** **Houston, TX 77081** | X | J | **Residence located at** **1310 Hilary Lane** **Highland Park, IL  60035** | | | | | |
| | | | Value $                       **1,200,000.00** | | | | **799,200.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__    continuation sheets attached

| | | |
|---|---|---|
| | Subtotal (Total of this page) | **799,200.00** |
| | Total (Report on Summary of Schedules) | **799,200.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6E
(04/05)

In re  **FRED W. RESNICK** ,                                                  Case No. _____

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**   continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6F
(12/03)

In re   **FRED W. RESNICK**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No.  **ALAN & KAREN WOJCIECHOWSKI** 314 Normandy Lane Grayslake, IL 60030 | - | | | | | 05 SC 2478 Pending Lawsuit | | X | X | **Unknown** |
| Account No. 5534856-0122  **ALL SAINTS MEDICAL CENTER** Box 68-9872 Milwaukee, WI 53268-9872 | - | | | | | 2005 Medical Services | | | | **3,498.48** |
| Account No.  **ALLIED BUILDING PRODUCTS** Box 511 15 E. Union Avenue East Rutherford, NJ 07073 | - | | | | | Building Matieral | | | | **36,741.93** |
| Account No.  **BARR MANAGEMENT** 6408 N. Western Avenue Chicago, IL 60645 | - | | | | | 2004 Returned Check | | | | **3,937.50** |
| __9__   continuation sheets attached | | | | | | Subtotal (Total of this page) | | | | **44,177.91** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   S/N:29730-050728   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **FRED W. RESNICK**,        Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4000 284332**<br><br>**BMW FINANCIAL SERVICES**<br>**P. O. Box 3608**<br>**Dublin, OH 43016-0306** | - | | **2002**<br>**Car Lease Charges** | | | | 632.51 |
| Account No. **4984148312**<br><br>**BP FLEET**<br>**P. O. Box 9076**<br>**Des Moines, IA 50368** | - | | **2004**<br>**Gasoline** | | | | 4,306.09 |
| Account No. **160460**<br><br>**CENTURY TILE**<br>**747 E. Roosevelt Road**<br>**Lombard, IL 60148-4791** | - | | **Building Material** | | | | 11,138.37 |
| Account No. **8192516307**<br><br>**CHARTER ONE**<br>**P. O. Box 1206**<br>**Oaks, PA 19456-1206** | - | | **2004**<br>**Overdraft Charge** | | | | 239.00 |
| Account No. **4262 7700 2392 6952**<br><br>**CHASE**<br>**P. O. Box 15651**<br>**Wilmington, DE 19886-5651** | - | | **1995-Forward**<br>**Credit Card** | | | | 19,741.17 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,057.14

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **FRED W. RESNICK**                                    , Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CICERO BELMONT CURRENCY EXCHANGE** <br>**3202 N. Cicero** <br>**Chicago, IL 60641** | - | | | | | X | 45,700.00 |
| Account No. **5308 9973 7900 0966** <br><br>**CITI CARDS** <br>**P. O. Box 688906** <br>**Des Moines, IA 50368-8906** | - | | 2002-Forward <br>Credit Card | | | | 6,168.83 |
| Account No. <br><br>**CRAFTY BEAVER** <br>**4810 Oakton Street** <br>**Skokie, IL 60077** | - | | Building Materials | | | | 8,000.00 |
| Account No. <br><br>**DAVID & KARYN OKON** <br>**1812 Apache Lane** <br>**Mount Prospect, IL 60056** | - | | 05 M2 00182 <br>Pending Lawsuit | X | X | | Unknown |
| Account No. <br><br>**DREXEL COMPANY** <br>**6720 S. 27th St.** <br>**Oak Creek, WI 53154** | - | | 2004 <br>Building Materials | | | X | 48,078.21 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **107,947.04**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **FRED W. RESNICK** _____,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ELECTRIC HARBOR MARINA** <br> **38470 N. Columbia Bay Road** <br> **Lake Villa, IL 60046** | - | | **2004** <br> **Boat Storage** | | | | 650.00 |
| Account No. **NE-A0080907 AAF** <br><br> **ENH MEDICAL GROUP** <br> **ENH 23159 Network Place** <br> **Chicago, IL 60673-1231** | - | | **2005** <br> **Medical Services** | | | | 46.00 |
| Account No. **007146350-4265 EC** <br><br> **EVANSTON NORTHWESTERN HOSPITAL** <br> **Hospital Billing** <br> **23056 Network Place** <br> **Chicago, IL 60673-1230** | - | | **2004 Medical** <br> **Acct.011957628-4261 EC** | | | | 941.50 |
| Account No. **94-3959842** <br><br> **EVANSTON RADIOLOGY** <br> **34618 Eagle Way** <br> **Chicago, IL 60678-1346** | - | | **2004** <br> **Medical Services** | | | | 99.00 |
| Account No. <br><br> **FREDERICK & JILL BALLWEG ZIMBRIC** <br> **1148 Laurel Lane** <br> **Gurnee, IL 60031** | - | | **05 L 002733** <br> **Pending Lawsuit** | X | X | | Unknown |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,736.50**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **FRED W. RESNICK**                                    Case No. _____
,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6015 0002 9118 7565**<br><br>**GE MONEY BANK**<br>**P. O. Box 960061**<br>**Orlando, FL 32896-0061** | - | | **2001**<br>**Line of Credit** | | | | **14,393.93** |
| Account No.<br><br>**HOME BUILDING SUPPLY**<br>**17532 Duvan Drive**<br>**Tinley Park, IL 60477** | - | | **2004**<br>**Building Materials** | | | | **31,126.93** |
| Account No.<br><br>**INTRACO BUILDERS**<br>**1110 Heinz Drive**<br>**Suite F**<br>**East Dundee, IL 60118** | - | | **2004**<br>**Subcontractor** | | | X | **Unknown** |
| Account No.<br><br>**JONATHAN & JENNIFER BUNTAIN**<br>**9419 Monticello**<br>**Evanston, IL 60203** | - | | **2005 L 001280**<br>**Pending Lawsuit** | | X | X | **Unknown** |
| Account No.<br><br>**LUKE ROSSELAND**<br>**4642 W. Patterson**<br>**Chicago, IL 60641** | - | | **2003**<br>**Sales Commissions** | | X | X | **174,378.00** |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**219,898.86**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **FRED W. RESNICK** ,
Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2004 & 2005 Loans | | | | |
| **MARCELLA RESNICK LEHMAN** **382 Kelburn Road** **No. 323** **Deerfield, IL 60015** | - | | | | | | | 287,000.00 |
| Account No. **Patient #9729** | | | | Services Rendered - 2005 | | | | |
| **MT. PLEASANT FIRE DEPARTMENT** **P. O. Box 72140** **Cedarburg, WI 53012** | - | | | | | | | 628.00 |
| Account No. **4489 0063 7901 4136** | | | | 2002-Forward Credit Card | | | | |
| **NATIONAL CITY** **P. O. Box 2349 #KA16F5** **Kalamazoo, MI 49003-2349** | | | | | | | | 8,392.96 |
| Account No. **4254 9830 1041 0514** | | | | 2003 Credit Card | | | | |
| **NEXT BANK, N.A.** **P. O. Box 922968** **Norcross, GA 30010-2968** | - | | | | | | | 6,784.12 |
| Account No. **22625487** | | | | Gas Bill | | | | |
| **NICOR GAS** **P. O. Box 870** **Aurora, IL 60507** | - | | | | | | X | 28.93 |

Sheet no. __5__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

302,834.01

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **FRED W. RESNICK** ,  Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **OFFICE DEPOT** P. O. Box 9020 Des Moines, IA 50368-9020 | - | | | 2003 Office Supplies | | | | 1,003.65 |
| Account No. 6011 5835 2066 5000  **OFFICE MAX** P. O. Box 689020 Des Moines, IA 50368-9020 | - | | | 2003 Office Supplies | | | | 550.35 |
| Account No.  **OFFICE OF THE ATTORNEY GENERAL** c/o Adam Sokol 100 W. Randolph St., 12th Floor Chicago, IL 60601 | - | | | 2005 Pending consumer fraud action | | X | X | 2,500,000.00 |
| Account No.  **PATRICK & JENNIFER CUNNINGHAM** 11761 Winding Trails Drive Willow Springs, IL 60480 | - | | | 04 M1 186526 Pending Lawsuit | | X | X | Unknown |
| Account No. 0052-9534  **PAYCHEX** 4300 Weaver Parkway Suite 100 Warrenville, IL 60555 | - | | | 1996 Payroll Costs | | | | 296.40 |

Sheet no. __6__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,501,850.40

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **FRED W. RESNICK**  _____,  Case No. _____
                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PETER & MARGARET NAGLE**<br>**6306 North Louise**<br>**Chicago, IL 60646** | - | | | **05 M1 10583**<br>**Pending Lawsuit** | | X | X | **Unknown** |
| Account No. **BS8029**<br><br>**PHYCHIATRIC & PSYCHOTHERAPY C1**<br>**3734  7th Avenue**<br>**Suite 24**<br>**Kenosha, WI 53140-5525** | - | | | **2005**<br>**Medical Services Rendered** | | | | **337.00** |
| Account No. **05534703**<br><br>**RACINE EMERGENCY PHYSICIANS**<br>**38058 Spring Street**<br>**Room 230**<br>**Racine, WI 53405-1686** | - | | | **2005**<br>**Medical Services Rendered** | | | | **597.45** |
| Account No.<br><br>**REMODELERS SUPPLY CO.**<br>**2500 N. Pulaski Rd.**<br>**Chicago, IL 60639** | - | | | **Building Supplies** | | X | X | **119,988.78** |
| Account No.<br><br>**ROBERT & MONICA YOLLES**<br>**1235 Spruce Street**<br>**Winnetka, IL 60093** | - | | | **05 L 001161**<br>**Pending Lawsuit** | | X | X | **Unknown** |

Sheet no. __**7**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **120,923.23**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **FRED W. RESNICK**                                              ,        Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **20024410** <br><br> **RUSH NORTH SHORE MEDICAL CENTER** <br> **P. O. Box 97805** <br> **Skokie, IL** | - | | | | 2005 <br> Medical | | | | 91.21 |
| Account No. **771 509 0347819229** <br><br> **SAM'S CLUB** <br> **P. O. Box 4596** <br> **Carol Stream, IL 60197-4596** | - | | | | 2004 <br> Office Material | | | | 3,325.81 |
| Account No. <br><br> **SEIGLE'S** <br> **1331 Davis Rd.** <br> **Elgin, IL 60123** | - | | | | 2004 <br> Building Materials | | | X | 29,565.56 |
| Account No. <br><br> **SHAKEELA & FAHIM QURESHI** <br> **808 Plumwood Drive** <br> **Schaumburg, IL 60173** | - | | | | 05 CH 121 <br> Pending Lawsuit | | X | X | Unknown |
| Account No. **2626017609** <br><br> **US BANK** <br> **P. O. Box 790117** <br> **Saint Louis, MO 63179-0117** | - | | | | 2005 <br> Car Repossession | | | | 5,182.81 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    38,165.39

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **FRED W. RESNICK** _____ ,    Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5474 6442 4656 8373**<br><br>**WELLS FARGO**<br>**Payment Remittance Center**<br>**P. O. Box 54349**<br>**Los Angeles, CA 90054-0349** | - | | **2002**<br>**Line of Credit** | | | X | **86,547.28** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**9**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **86,547.28** |
| Total<br>(Report on Summary of Schedules) | | **3,460,137.76** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **FRED W. RESNICK**                              ,    Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

   **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **FRED W. RESNICK** _____,   Case No. _____

                                            Debtor

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **DORI RESNICK**<br>**1310 Hilary Lane**<br>**Highland Park, IL 60035** | **LITTON LOAN SERVICES**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** |

    **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **FRED W. RESNICK**                                      Case No.
_____
                                    Debtor(s)      Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**                    **Creditor's name**
   **-NONE-**

   *b. Property to Be Retained*                                   *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | Residence located at 1310 Hilary Lane Highland Park, IL 60035 | **LITTON LOAN SERVICES** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date   **August 16, 2005**
_____

Signature    **/s/ FRED W. RESNICK**
_____
             **FRED W. RESNICK**
             Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **FRED W. RESNICK**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **5,000.00** |

2.  $  **209.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):   **Third party**

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 16, 2005**

**/s/ JOSEPH E. COHEN**
**JOSEPH E. COHEN**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **FRED W. RESNICK**                                    Case No. _____

                                                  Debtor(s)        Chapter    **7**    _____


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **57**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    **August 16, 2005**                    **/s/ FRED W. RESNICK**
                                          **FRED W. RESNICK**
                                          Signature of Debtor

ADAM J. AUGUSTYNSKI
5830 W. Bryn Mawr
Chicago, IL 60646


ALAN & KAREN WOJCIECHOWSKI
314 Normandy Lane
Grayslake, IL 60030


ALL SAINTS MEDICAL CENTER
Box 68-9872
Milwaukee, WI 53268-9872


ALLIED BUILDING PRODUCTS
Box 511
15 E. Union Avenue
East Rutherford, NJ 07073


AMERICAN COLLECTIONS
P. O. Box 29117
Columbus, OH 43229


ARMOR SYSTEMS CORP.
2322 N. Green Bay Road
Waukegan, IL 60087-4209


BARR MANAGEMENT
6408 N. Western Avenue
Chicago, IL 60645


Blatt,Hasenmiller,Leibsker & Moore
125 S. Wacker Drive
Suite 400
Chicago, IL 60606-4440


BMW FINANCIAL SERVICES
P. O. Box 3608
Dublin, OH 43016-0306


BP FLEET
P. O. Box 9076
Des Moines, IA 50368


CENTURY TILE
747 E. Roosevelt Road
Lombard, IL 60148-4791

CHARTER ONE
P. O. Box 1206
Oaks, PA 19456-1206


CHASE
P. O. Box 15651
Wilmington, DE 19886-5651


CICERO BELMONT CURRENCY EXCHANGE
3202 N. Cicero
Chicago, IL 60641


CITI CARDS
P. O. Box 688906
Des Moines, IA 50368-8906


CLIENT SERVICES
3451 Harry Truman
Saint Charles, MO 63301-4047


CRAFTY BEAVER
4810 Oakton Street
Skokie, IL 60077


CREDIT MANAGEMENT
P. O. Box 1408
Racine, WI 53401-1408


DAVID & KARYN OKON
1812 Apache Lane
Mount Prospect, IL 60056


DON NORTON
2789 Woodmore Dr.
Darien, IL 60561


DREXEL COMPANY
6720 S. 27th St.
Oak Creek, WI 53154


ELECTRIC HARBOR MARINA
38470 N. Columbia Bay Road
Lake Villa, IL 60046

ENH MEDICAL GROUP
ENH 23159 Network Place
Chicago, IL 60673-1231


EVANSTON NORTHWESTERN HOSPITAL
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230


EVANSTON RADIOLOGY
34618 Eagle Way
Chicago, IL 60678-1346


FREDERICK & JILL BALLWEG ZIMBRIC
1148 Laurel Lane
Gurnee, IL 60031


GE MONEY BANK
P. O. Box 960061
Orlando, FL 32896-0061


HOME BUILDING SUPPLY
17532 Duvan Drive
Tinley Park, IL 60477


INTRACO BUILDERS
1110 Heinz Drive
Suite F
East Dundee, IL 60118


JONATHAN & JENNIFER BUNTAIN
9419 Monticello
Evanston, IL 60203


LITTON LOAN SERVICES
4828 Loop Central Drive
Houston, TX 77081


LUKE ROSSELAND
4642 W. Patterson
Chicago, IL 60641

MARCELLA RESNICK LEHMAN
382 Kelburn Road
No. 323
Deerfield, IL 60015


MT. PLEASANT FIRE DEPARTMENT
P. O. Box 72140
Cedarburg, WI 53012


NATIONAL CITY
P. O. Box 2349 #KA16F5
Kalamazoo, MI 49003-2349


NCO FINANCIAL SERVICE
507 Prudential Rd.
Horsham, PA 19044


NEXT BANK, N.A.
P. O. Box 922968
Norcross, GA 30010-2968


NICOR GAS
P. O. Box 870
Aurora, IL 60507


OFFICE DEPOT
P. O. Box 9020
Des Moines, IA 50368-9020


OFFICE MAX
P. O. Box 689020
Des Moines, IA 50368-9020


OFFICE OF THE ATTORNEY GENERAL
c/o Adam Sokol
100 W. Randolph St., 12th Floor
Chicago, IL 60601


PATRICK & JENNIFER CUNNINGHAM
11761 Winding Trails Drive
Willow Springs, IL 60480

PAYCHEX
4300 Weaver Parkway
Suite 100
Warrenville, IL 60555


PETER & MARGARET NAGLE
6306 North Louise
Chicago, IL 60646


PHYCHIATRIC & PSYCHOTHERAPY C1
3734  7th Avenue
Suite 24
Kenosha, WI 53140-5525


PLATINUM
201 N. 16th Street
Omaha, NE 68197-3155


RACINE EMERGENCY PHYSICIANS
38058 Spring Street
Room 230
Racine, WI 53405-1686


REMODELERS SUPPLY CO.
2500 N. Pulaski Rd.
Chicago, IL 60639


ROBERT & MONICA YOLLES
1235 Spruce Street
Winnetka, IL 60093


RUSH NORTH SHORE MEDICAL CENTER
P. O. Box 97805
Skokie, IL


SAM'S CLUB
P. O. Box 4596
Carol Stream, IL 60197-4596


SEIGLE'S
1331 Davis Rd.
Elgin, IL 60123

SHAKEELA & FAHIM QURESHI
808 Plumwood Drive
Schaumburg, IL 60173

US BANK
P. O. Box 790117
Saint Louis, MO 63179-0117

WELLS FARGO
Payment Remittance Center
P. O. Box 54349
Los Angeles, CA 90054-0349

Wells Fargo
P. O. Box 29746
Phoenix, AZ 85038-9746

WILLIAM McCUE
P. O. Box 5729
Evanston, IL 60204-5729