UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: RESNICK, FRED W. | § Case No. 05-32389 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 16, 2005. The undersigned trustee was appointed on August 16, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         99,948.33

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 24,865.15 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 7,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 67,583.18 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/02/2006 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,872.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $7,872.41, for a total compensation of $7,872.41.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $317.94 and now requests reimbursement for expenses of $0.00, for total expenses of $317.94.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/10/2010        By: /s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-32389  
**Case Name:** RESNICK, FRED W.  
**Period Ending:** 10/10/10

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/16/05 (f)  
**§341(a) Meeting Date:** 09/15/05  
**Claims Bar Date:** 05/02/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 interest Residence 1310 Hilary Lane (s) | 1,200,000.00 | 393,300.00 | | 98,488.67 | FA |
| 2 | Cash (s) | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods (s)<br>debtor schedules 100% value but only has 1/2 interest | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Pictures & Art (s)<br>debtor schedules 100% value but only has 1/2 interest | 7,650.00 | 0.00 | DA | 0.00 | FA |
| 5 | Coin collection (s) | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel (s) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Sports equipment (s) | 350.00 | 200.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Valley Term Life Ins. (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA (s) | 2,664.25 | 0.00 | DA | 0.00 | FA |
| 11 | Momax Stock (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Robinette stock (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Momax receivable (s) | 35,207.07 | 0.00 | DA | 0.00 | FA |
| 14 | Possible civil rights lawsuit (s) | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Possible libel suit (s) | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Leased vehicle | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1995 Boat (s) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Laptop & office equipment | 2,000.00 | 1,800.00 | DA | 0.00 | FA |
| 19 | Baby grand piano (s)<br>debtor schedules 100% value but only has 1/2 interest | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 20 | Jewelry (s) | 5,500.00 | 5,500.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,459.66 | Unknown |
| 21 | Assets   Totals (Excluding unknown values) | $1,277,401.32 | $400,800.00 | | $99,948.33 | $0.00 |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: 05-32389 | Trustee: (520171) JOHN E. GIERUM |
| Case Name: RESNICK, FRED W. | Filed (f) or Converted (c): 08/16/05 (f) |
| | §341(a) Meeting Date: 09/15/05 |
| Period Ending: 10/10/10 | Claims Bar Date: 05/02/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

727 action was completed as well as IL A/G action with large restitution order and tax work being processed

Initial Projected Date Of Final Report (TFR):    December 31, 2007    Current Projected Date Of Final Report (TFR):    December 31, 2010

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-32389 | | Trustee: | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- | --- |
| Case Name: | RESNICK, FRED W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*39-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*7519 | | Blanket Bond: | $69,308,000.00  (per case limit) |
| Period Ending: | 10/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/05/05 | {1} | First American Title Insurance Company | SALE PROCEEDS | 1110-000 | 98,488.67 | | 98,488.67 |
| 12/05/05 | | | Gross sales price            1,140,000.00 | 1110-000 | | | 98,488.67 |
| 12/05/05 | | | Liens                             -843,204.43 | 4110-000 | | | 98,488.67 |
| 12/05/05 | | | Realtor's fee                    -51,450.00 | 3510-000 | | | 98,488.67 |
| 12/05/05 | | | Property taxes (pre-petition)    -7,168.05 | 4700-000 | | | 98,488.67 |
| 12/05/05 | | | Property taxes (post-petition)  -13,990.59 | 2820-000 | | | 98,488.67 |
| 12/05/05 | | | Non-Debtor co-owner proceeds  -94,411.77 | 8500-002 | | | 98,488.67 |
| 12/05/05 | | | Costs of sale                   -31,286.59 | 2500-000 | | | 98,488.67 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 40.35 | | 98,529.02 |
| 01/27/06 | | To Account #\*\*\*\*\*\*\*\*3966 | | 9999-000 | | 7,500.00 | 91,029.02 |
| 01/30/06 | | Chase Bank | backup withholding | 2990-000 | | 11.30 | 91,017.72 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 55.20 | | 91,072.92 |
| 02/02/06 | | Chase Bank | backup withholding | 2990-000 | | 15.46 | 91,057.46 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 48.91 | | 91,106.37 |
| 03/09/06 | | To Account #\*\*\*\*\*\*\*\*3966 | Bond Reimbursement | 9999-000 | | 69.59 | 91,036.78 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 54.15 | | 91,090.93 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 57.67 | | 91,148.60 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 61.95 | | 91,210.55 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 59.99 | | 91,270.54 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 62.03 | | 91,332.57 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 62.08 | | 91,394.65 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 58.08 | | 91,452.73 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 64.11 | | 91,516.84 |
| 11/01/06 | | To Account #\*\*\*\*\*\*\*\*3966 | Retainer Payment | 9999-000 | | 5,000.00 | 86,516.84 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 56.86 | | 86,573.70 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 55.00 | | 86,628.70 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 57.76 | | 86,686.46 |
| 02/16/07 | | To Account #\*\*\*\*\*\*\*\*3966 | Bond Reimbursement | 9999-000 | | 78.88 | 86,607.58 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 43.19 | | 86,650.77 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 46.27 | | 86,697.04 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 47.83 | | 86,744.87 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 47.86 | | 86,792.73 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 44.80 | | 86,837.53 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 49.46 | | 86,886.99 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 47.94 | | 86,934.93 |
| 09/19/07 | | To Account #\*\*\*\*\*\*\*\*3966 | TRANSFER OF FUNDS | 9999-000 | | 19,520.45 | 67,414.48 |

Subtotals :    $99,610.16    $32,195.68

{} Asset reference(s)    Printed: 10/10/2010 04:44 PM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-32389 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RESNICK, FRED W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | **-***7519 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/10/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 39.85 | | 67,454.33 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 39.62 | | 67,493.95 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 35.11 | | 67,529.06 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 34.39 | | 67,563.45 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 30.89 | | 67,594.34 |
| 02/05/08 | | To Account #********3966 | BOND REIMBURSEMENT | 9999-000 | | 58.03 | 67,536.31 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 13.86 | | 67,550.17 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 12.54 | | 67,562.71 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.42 | | 67,572.13 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.46 | | 67,580.59 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.58 | | 67,589.17 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.59 | | 67,597.76 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.03 | | 67,605.79 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.86 | | 67,614.65 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.37 | | 67,622.02 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 5.31 | | 67,627.33 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 67,632.12 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,634.87 |
| 02/19/09 | | To Account #********3966 | BOND REIMBURSEMENT | 9999-000 | | 58.84 | 67,576.03 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.57 | | 67,578.60 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.94 | | 67,581.54 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,584.29 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 67,586.95 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.94 | | 67,589.89 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.84 | | 67,592.73 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.84 | | 67,595.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,598.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,601.07 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.85 | | 67,603.92 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.85 | | 67,606.77 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 67,609.43 |
| 02/12/10 | | To Account #********3966 | TRANSFER OF FUNDS | 9999-000 | | 52.60 | 67,556.83 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.57 | | 67,559.40 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.03 | | 67,562.43 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.74 | | 67,564.17 |
| 04/20/10 | | Wire out to BNYM account 9200******3965 | Wire out to BNYM account 9200******3965 | 9999-000 | -67,564.17 | | 0.00 |

Subtotals :       $-67,245.01       $169.47

{} Asset reference(s)

Printed: 10/10/2010 04:44 PM    V.12.54

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-32389 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RESNICK, FRED W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | **-***7519 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 32,365.15 | 32,365.15 | $0.00 |
| | | | Less: Bank Transfers | | -67,564.17 | 32,338.39 | |
| | | | Subtotal | | 99,929.32 | 26.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $99,929.32 | $26.76 | |

{} Asset reference(s)                                                                                    Printed: 10/10/2010 04:44 PM    V.12.54

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-32389 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RESNICK, FRED W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-66 - Checking Account |
| Taxpayer ID #: | **-***7519 | | Blanket Bond: | $69,308,000.00  (per case limit) |
| Period Ending: | 10/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/06 | | From Account #********3965 | | 9999-000 | 7,500.00 | | 7,500.00 |
| 01/27/06 | 101 | Fred W. Resnick | Homestead Exemption | 8100-002 | | 7,500.00 | 0.00 |
| 03/09/06 | | From Account #********3965 | Bond Reimbursement | 9999-000 | 69.59 | | 69.59 |
| 03/09/06 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #05-32389, Bond Reimbursement (Bond #016026455) | 2200-000 | | 69.59 | 0.00 |
| 11/01/06 | | From Account #********3965 | Retainer Payment | 9999-000 | 5,000.00 | | 5,000.00 |
| 11/01/06 | 103 | FTI Consulting | Retainer Payment | 3731-000 | | 5,000.00 | 0.00 |
| 02/16/07 | | From Account #********3965 | Bond Reimbursement | 9999-000 | 78.88 | | 78.88 |
| 02/16/07 | 104 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #05-32389 | 2200-000 | | 78.88 | 0.00 |
| 09/19/07 | | From Account #********3965 | TRANSFER OF FUNDS | 9999-000 | 19,520.45 | | 19,520.45 |
| 09/19/07 | 105 | FTI Consulting, Inc. | Payment of Forensic Consultant | 3731-000 | | 19,520.45 | 0.00 |
| 02/05/08 | | From Account #********3965 | BOND REIMBURSEMENT | 9999-000 | 58.03 | | 58.03 |
| 02/05/08 | 106 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #05-32389, Bond Reimbursement (Bond #016026455) | 2200-000 | | 58.03 | 0.00 |
| 02/19/09 | | From Account #********3965 | BOND REIMBURSEMENT | 9999-000 | 58.84 | | 58.84 |
| 02/19/09 | 107 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #05-32389, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 58.84 | 0.00 |
| 02/12/10 | | From Account #********3965 | TRANSFER OF FUNDS | 9999-000 | 52.60 | | 52.60 |
| 02/12/10 | 108 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 05-32389 | 2200-000 | | 52.60 | 0.00 |
| | | | ACCOUNT TOTALS | | 32,338.39 | 32,338.39 | $0.00 |
| | | | Less: Bank Transfers | | 32,338.39 | 0.00 | |
| | | | Subtotal | | 0.00 | 32,338.39 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $24,838.39 | |

{} Asset reference(s)

Printed: 10/10/2010 04:44 PM    V.12.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-32389 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RESNICK, FRED W. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***7519 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | 9999-000 | 67,564.17 | | 67,564.17 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.42 | | 67,565.59 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.02 | | 67,569.61 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.89 | | 67,573.50 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.01 | | 67,577.51 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.01 | | 67,581.52 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.66 | | 67,583.18 |
| | | | **ACCOUNT TOTALS** | | 67,583.18 | 0.00 | **$67,583.18** |
| | | | Less: Bank Transfers | | 67,564.17 | 0.00 | |
| | | | **Subtotal** | | 19.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19.01** | **$0.00** | |

{} Asset reference(s)             Printed: 10/10/2010 04:44 PM    V.12.54

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-32389 | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** RESNICK, FRED W. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******39-66 - Checking Account |
| **Taxpayer ID #:** **-***7519 | **Blanket Bond:** $69,308,000.00 (per case limit) |
| **Period Ending:** 10/10/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| {No Transactions on File for this Period} | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****39-65 | 99,929.32 | 26.76 | 0.00 |
| Checking # ***-*****39-66 | 0.00 | 24,838.39 | 0.00 |
| MMA # 9200-******39-65 | 19.01 | 0.00 | 67,583.18 |
| Checking # 9200-******39-66 | 0.00 | 0.00 | 0.00 |
| | $99,948.33 | $24,865.15 | $67,583.18 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-32389
Case Name: RESNICK, FRED W.
Trustee Name: JOHN E. GIERUM

**Balance on hand:** $ 67,583.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 67,583.18

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOHN E. GIERUM | 7,872.41 | 0.00 | 7,872.41 |
| Attorney for Trustee, Fees - Gierum & Mantas | 10,993.64 | 0.00 | 10,993.64 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,032.00 | 0.00 | 1,032.00 |

Total to be paid for chapter 7 administration expenses:   $   19,898.05
Remaining balance:   $   47,685.13

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $25,025.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Teresa and Bob Backes | 2,225.00 | 0.00 | 2,225.00 |
| 2P | Bernardo Duarte | 2,225.00 | 0.00 | 2,225.00 |
| 3P | Schmuttenmaer, Mary Kay & John | 2,225.00 | 0.00 | 2,225.00 |
| 7 | Edward & Kathleen Thal | 2,225.00 | 0.00 | 2,225.00 |
| 8P | Mark Guilliford | 2,225.00 | 0.00 | 2,225.00 |
| 12P | Scott A & Amy F Levin | 2,225.00 | 0.00 | 2,225.00 |
| 14P | Jennifer Ries-Buntain | 2,225.00 | 0.00 | 2,225.00 |
| 31P | FREDERICK & JILL BALLWEG ZIMBRIC | 2,225.00 | 0.00 | 2,225.00 |
| 34P | Alana Tallant | 2,225.00 | 0.00 | 2,225.00 |
| 35 | Department of the Treasury | 5,000.00 | 0.00 | 5,000.00 |

Total to be paid for priority claims:  $    25,025.00
Remaining balance:  $    22,660.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 1,241,337.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Teresa and Bob Backes | 12,813.00 | 0.00 | 233.90 |
| 2U | Bernardo Duarte | 107,750.00 | 0.00 | 1,966.93 |
| 3U | Schmuttenmaer, Mary Kay & John | 43,775.00 | 0.00 | 799.10 |
| 4 | J Michael & Virginia H Dimond | 6,641.00 | 0.00 | 121.23 |
| 7U | Edward and Kathleen Thal | 3,775.00 | 0.00 | 68.91 |
| 8U | Mark Guilliford | 15,085.00 | 0.00 | 275.37 |
| 9 | PATRICK & JENNIFER CUNNINGHAM | 94,785.00 | 0.00 | 1,730.26 |
| 10 | Pat & Megan Murphy | 38,000.00 | 0.00 | 693.67 |
| 11 | Cicero Belmont Currency Exchange, Inc. | 50,000.00 | 0.00 | 912.73 |
| 12U | Scott A & Amy F Levin | 20,775.00 | 0.00 | 379.24 |
| 13 | David & Victoria Mecklenburger | 141,895.00 | 0.00 | 2,590.24 |
| 14U | Jennifer Ries-Buntain | 118,988.00 | 0.00 | 2,172.08 |
| 15 | Century Supply Co | 13,446.26 | 0.00 | 245.46 |
| 17 | NEXT BANK, N.A. | 6,784.12 | 0.00 | 123.84 |
| 18 | Chase Bank USA, N.A. | 20,888.25 | 0.00 | 381.31 |
| 19 | REMODELERS SUPPLY CO. | 148,859.31 | 0.00 | 2,717.37 |
| 21 | BARR MANAGEMENT | 7,875.00 | 0.00 | 143.75 |
| 22 | BP FLEET | 4,306.09 | 0.00 | 78.61 |
| 24 | GE Consumer Finance | 14,393.93 | 0.00 | 262.76 |
| 25 | Steve Janicki | 51,800.00 | 0.00 | 945.59 |
| 26 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 5,182.81 | 0.00 | 94.61 |
| 29 | HOME BUILDING SUPPLY | 37,848.69 | 0.00 | 690.91 |
| 31U | FREDERICK & JILL BALLWEG ZIMBRIC | 12,171.25 | 0.00 | 222.18 |
| 32 | LVNV Funding LLC | 7,173.63 | 0.00 | 130.95 |
| 33 | 4508 S Drexel LLC | 159,500.00 | 0.00 | 2,911.61 |
| 34U | Alana Tallant | 9,575.00 | 0.00 | 174.79 |
| 36 | Wells Fargo Bank, NA | 87,250.92 | 0.00 | 1,592.73 |

**UST Form 101-7-TFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 22,660.13 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**