UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: RESNICK, FRED W. | § | Case No. 05-32389 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 12/17/2010 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/28/2010     By: /s/JOHN E. GIERUM
                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: RESNICK, FRED W. § | Case No. 05-32389 |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 99,948.33 |
| *and approved disbursements of* | $ 32,365.15 |
| *leaving a balance on hand of* [1] | $ 67,583.18 |
| **Balance on hand:** | $ 67,583.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 67,583.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 7,872.41 | 0.00 | 7,872.41 |
| Attorney for Trustee, Fees - Gierum & Mantas | 10,993.64 | 0.00 | 10,993.64 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,032.00 | 0.00 | 1,032.00 |

Total to be paid for chapter 7 administration expenses:   $   19,898.05
Remaining balance:   $   47,685.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $25,025.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Teresa and Bob Backes | 2,225.00 | 0.00 | 2,225.00 |
| 2P | Bernardo Duarte | 2,225.00 | 0.00 | 2,225.00 |
| 3P | Schmuttenmaer, Mary Kay & John | 2,225.00 | 0.00 | 2,225.00 |
| 7 | Edward & Kathleen Thal | 2,225.00 | 0.00 | 2,225.00 |
| 8P | Mark Guilliford | 2,225.00 | 0.00 | 2,225.00 |
| 12P | Scott A & Amy F Levin | 2,225.00 | 0.00 | 2,225.00 |
| 14P | Jennifer Ries-Buntain | 2,225.00 | 0.00 | 2,225.00 |
| 31P | FREDERICK & JILL BALLWEG ZIMBRIC | 2,225.00 | 0.00 | 2,225.00 |
| 34P | Alana Tallant | 2,225.00 | 0.00 | 2,225.00 |
| 35 | Department of the Treasury | 5,000.00 | 0.00 | 5,000.00 |

Total to be paid for priority claims:   $   25,025.00
Remaining balance:   $   22,660.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 1,241,337.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Teresa and Bob Backes | 12,813.00 | 0.00 | 233.90 |
| 2U | Bernardo Duarte | 107,750.00 | 0.00 | 1,966.93 |
| 3U | Schmuttenmaer, Mary Kay & John | 43,775.00 | 0.00 | 799.10 |
| 4 | J Michael & Virginia H Dimond | 6,641.00 | 0.00 | 121.23 |
| 7U | Edward and Kathleen Thal | 3,775.00 | 0.00 | 68.91 |
| 8U | Mark Guilliford | 15,085.00 | 0.00 | 275.37 |
| 9 | PATRICK & JENNIFER CUNNINGHAM | 94,785.00 | 0.00 | 1,730.26 |
| 10 | Pat & Megan Murphy | 38,000.00 | 0.00 | 693.67 |
| 11 | Cicero Belmont Currency Exchange, Inc. | 50,000.00 | 0.00 | 912.73 |
| 12U | Scott A & Amy F Levin | 20,775.00 | 0.00 | 379.24 |
| 13 | David & Victoria Mecklenburger | 141,895.00 | 0.00 | 2,590.24 |
| 14U | Jennifer Ries-Buntain | 118,988.00 | 0.00 | 2,172.08 |
| 15 | Century Supply Co | 13,446.26 | 0.00 | 245.46 |
| 17 | NEXT BANK, N.A. | 6,784.12 | 0.00 | 123.84 |
| 18 | Chase Bank USA, N.A. | 20,888.25 | 0.00 | 381.31 |
| 19 | REMODELERS SUPPLY CO. | 148,859.31 | 0.00 | 2,717.37 |
| 21 | BARR MANAGEMENT | 7,875.00 | 0.00 | 143.75 |
| 22 | BP FLEET | 4,306.09 | 0.00 | 78.61 |
| 24 | GE Consumer Finance | 14,393.93 | 0.00 | 262.76 |
| 25 | Steve Janicki | 51,800.00 | 0.00 | 945.59 |
| 26 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 5,182.81 | 0.00 | 94.61 |
| 29 | HOME BUILDING SUPPLY | 37,848.69 | 0.00 | 690.91 |
| 31U | FREDERICK & JILL BALLWEG ZIMBRIC | 12,171.25 | 0.00 | 222.18 |
| 32 | LVNV Funding LLC | 7,173.63 | 0.00 | 130.95 |

**UST Form 101-7-NFR (10/1/2010)**

| 33  | 4508 S Drexel LLC    | 159,500.00 | 0.00 | 2,911.61 |
|-----|----------------------|------------|------|----------|
| 34U | Alana Tallant        | 9,575.00   | 0.00 | 174.79   |
| 36  | Wells Fargo Bank, NA | 87,250.92  | 0.00 | 1,592.73 |

Total to be paid for timely general unsecured claims: $ 22,660.13
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 2           Date Rcvd: Nov 05, 2010
Case: 05-32389                Form ID: pdf006             Total Noticed: 80

The following entities were noticed by first class mail on Nov 07, 2010.
db           +Fred W Resnick,   2300 North Commonwealth,   Apt 7H,   Chicago, IL 60614-6464
aty          +John E Gierum,   Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
aty          +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
tr           +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
               Rosemont, IL 60018-4712
9864955      +4508 S Drexel LLC,   c/o Richard H Fimoff,   Robbins Salomon  Patt Ltd,
               25 E Washington Street Suite 1000,   Chicago, IL 60602-1796
9695017       ADAM J. AUGUSTYNSKI,   5830 W. Bryn Mawr,   Chicago, IL 60646
9695018      +ALAN & KAREN WOJCIECHOWSKI,   314 Normandy Lane,   Grayslake, IL 60030-1252
9695019       ALL SAINTS MEDICAL CENTER,   Box 68-9872,   Milwaukee, WI 53268-9872
9695020      +ALLIED BUILDING PRODUCTS,   Box 511,   15 E. Union Avenue,   East Rutherford, NJ 07073-2127
9695021      +AMERICAN COLLECTIONS,   P. O. Box 29117,   Columbus, OH 43229-0117
10720871     +Alana Tallant,   4125 S Brown Circle,   Gurnee, IL 60031-2035
9695023      +BARR MANAGEMENT,   6408 N. Western Avenue,   Chicago, IL 60645-5422
9695026       BP FLEET,   dba Fleetcor Technologies,   POB 923928,   Norcross, GA 30010-3928
9851032      +Bernardo Duarte,   3557 Old Mill Road,   Highland Park, IL 60035-1010
9695024       Blatt,Hasenmiller,Leibsker & Moore,   125 S. Wacker Drive,   Suite 400,   Chicago, IL 60606-4440
9695027       CENTURY TILE,   747 E. Roosevelt Road,   Lombard, IL 60148-4791
9695028       CHARTER ONE,   P. O. Box 1206,   Oaks, PA 19456-1206
9695029       CHASE,   P. O. Box 15651,   Wilmington, DE 19886-5651
9695030      +CICERO BELMONT CURRENCY EXCHANGE,   3202 N. Cicero,   Chicago, IL 60641-4478
9695031       CITI CARDS,   P. O. Box 688906,   Des Moines, IA 50368-8906
9695032      +CLIENT SERVICES,   3451 Harry Truman,   Saint Charles, MO 63301-9816
9695033      +CRAFTY BEAVER,   4810 Oakton Street,   Skokie, IL 60077-2953
9695036       Century Supply Co,   Don Norton,   2789 Woodmore Dr,   Darien, IL 60561-1792
10609846     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10539239     +Cicero Belmont Currency Exchange, Inc.,   C/O Paul M. Bach,   P O Box 1285,
               Northbrook, Illinois 60065-1285
10716432      Citibank South Dakota NA,   Citibank/Choice,   Exception Payment Processing,   PO Box 6305,
               The Lakes, NV 88901-6305
9695035      +DAVID & KARYN OKON,   1812 Apache Lane,   Mount Prospect, IL 60056-1904
9695037      +DREXEL COMPANY,   6720 S. 27th St.,   Oak Creek, WI 53154-1335
10574086      David & Victoria Mecklenburger,   126 Central Avenue,   Highland Park, IL 60035-2610
9695038      +ELECTRIC HARBOR MARINA,   38470 N. Columbia Bay Road,   Lake Villa, IL 60046-9750
9695039       ENH MEDICAL GROUP,   ENH 23159 Network Place,   Chicago, IL 60673-1231
9695040       EVANSTON NORTHWESTERN HOSPITAL,   Hospital Billing,   23056 Network Place,
               Chicago, IL 60673-1230
9695041       EVANSTON RADIOLOGY,   34618 Eagle Way,   Chicago, IL 60678-1346
10471121     +Evone Lamb,   4608 W 176th Place,   Country Club Hills, IL 60478-4539
9695042      +FREDERICK & JILL BALLWEG ZIMBRIC,   1148 Laurel Lane,   Gurnee, IL 60031-5164
9695044      +HOME BUILDING SUPPLY,   17532 Duvan Drive,   Tinley Park, IL 60477-3631
11360039     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,   Internal Revenue Service,
               Centralized Insolvency Operations,   P.O.Box 21126,   Philadelphia,Pa 19114)
9695045      +INTRACO BUILDERS,   1110 Heinz Drive,   Suite F,   East Dundee, IL 60118-2451
10129433     +J Michael & Virginia H Dimond,   587 Berkley Avenue,   Elmhurst IL 60126-4230
9695046      +JONATHAN & JENNIFER BUNTAIN,   9419 Monticello,   Evanston, IL 60203-1117
10576692     +Jennifer Ries-Buntain,   Jonathan Burntain,   9419 Monticello Ave,   Evanston, IL 60203-1117
9695047      +LITTON LOAN SERVICES,   4828 Loop Central Drive,   Houston, TX 77081-2166
9695048      +LUKE ROSSELAND,   4642 W. Patterson,   Chicago, IL 60641-3609
9695049      +MARCELLA RESNICK LEHMAN,   382 Kelburn Road,   No. 323,   Deerfield, IL 60015-4457
9695050      +MT. PLEASANT FIRE DEPARTMENT,   P. O. Box 72140,   Cedarburg, WI 53012-7340
10477993      Mark Guilliford,   6439 N. New England, Chicago, IL 60631
9695051       NATIONAL CITY,   P. O. Box 2349 #KA16F5,   Kalamazoo, MI 49003-2349
9695052      +NCO FINANCIAL SERVICE,   507 Prudential Rd.,   Horsham, PA 19044-2368
9695053       NEXT BANK, N.A.,   Attn: Scot Mayo,   POB 922968,   Norcross, GA 30010-2968
9695055       OFFICE DEPOT,   P. O. Box 9020,   Des Moines, IA 50368-9020
9695056       OFFICE MAX,   P. O. Box 689020,   Des Moines, IA 50368-9020
9695057      +OFFICE OF THE ATTORNEY GENERAL,   c/o Adam Sokol,   100 W. Randolph St., 12th Floor,
               Chicago, IL 60601-3271
9695059      +PAYCHEX,   4300 Weaver Parkway,   Suite 100,   Warrenville, IL 60555-3920
9695060      +PETER & MARGARET NAGLE,   6306 North Louise,   Chicago, IL 60646-4008
9695061       PHYCHIATRIC & PSYCHOTHERAPY C1,   3734  7th Avenue,   Suite 24,   Kenosha, WI 53140-5525
9695062       PLATINUM,   201 N. 16th Street,   Omaha, NE 68197-3155
10499132     +Pat & Megan Murphy,   1008 Thurston,   Arlington Hts, IL 60004-1389
9695063       RACINE EMERGENCY PHYSICIANS,   38058 Spring Street,   Room 230,   Racine, WI 53405-1686
9695064      +REMODELERS SUPPLY CO.,   2500 N. Pulaski Rd.,   Chicago, IL 60639-2116
9695065      +ROBERT & MONICA YOLLES,   1235 Spruce Street,   Winnetka, IL 60093-2147
9695066       RUSH NORTH SHORE MEDICAL CENTER,   P. O. Box 97805,   Skokie, IL
10598941     +Robert B. Katz, Trustee,   of MoMax, Inc. 05-33262,   223 W. Jackson Blvd. #1010,
               Chicago, IL 60606-6916
9695068      +SEIGLE’S,   1331 Davis Rd.,   Elgin, IL 60123-1364
9695069      +SHAKEELA & FAHIM QURESHI,   808 Plumwood Drive,   Schaumburg, IL 60173-2239
9893322      +Schmuttenmaer, Mary Kay & John,   659 S Bennet Ave,   Palatine Il 60067-6705
10561345     +Scott A & Amy F Levin,   375 Kingston Terrace,   Deerfield, IL 60015-3445
10159255     +Steve Janicki,   1708 Locust Street,   Des Plaines, IL 60018-2234
9811136      +Teresa and Bob Backes,   734 S Roosevelt,   Arlington Heights, IL 60005-2748
9695070      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK,   P. O. Box 790117,   Saint Louis, MO 63179-0117)
10668629     +US BANK CORP/RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229
9695071       WELLS FARGO,   Payment Remittance Center,   P. O. Box 54349,   Los Angeles, CA 90054-0349
```

```
District/off: 0752-1            User: mjerdine              Page 2 of 2                  Date Rcvd: Nov 05, 2010
Case: 05-32389                  Form ID: pdf006             Total Noticed: 80

9695072      +Wells Fargo Bank, N.A.,    BDD- Bankruptcy,   Pob 53476,   Phoenix AZ 85072-3476
14757182     +Wells Fargo Bank, NA,    MAC #S4101-08C,   100 W Washington,   Phoenix, AZ 85003-1805
The following entities were noticed by electronic transmission on Nov 05, 2010.
9695022       E-mail/Text: RBALTAZAR@ARMORSYS.COM                            ARMOR SYSTEMS CORP.,
               2322 N. Green Bay Road,    Waukegan, IL 60087-4209
9695025       E-mail/PDF: bankruptcynotices@bmwfs.com Nov 06 2010 01:51:42     BMW FINANCIAL SERVICES,
               P. O. Box 3608,   Dublin, OH 43016-0306
10639527     +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2010 01:41:28     GE Consumer Finance,
               For GE Money Bank,    dba PROJECTLINE,   P.O. BOX 960061,   Orlando, Fl 32896-0061
9695043       E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2010 01:41:28     GE MONEY BANK,   P. O. Box 960061,
               Orlando, FL 32896-0061
13519917      E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587
9695054      +E-mail/Text: bankrup@nicor.com                           NICOR GAS,   P. O. Box 870,
               Aurora, IL 60507-0870
9695067       E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2010 01:41:28     SAM'S CLUB,   P. O. Box 4596,
               Carol Stream, IL 60197-4596
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +John E Gierum,    John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
               Rosemont, IL 60018-4712
aty          ##+William J Mantas,    Gierum & Mantas,   1030 W Higgins Rd #220,   Park Ridge, IL 60068-5761
9695034      ##CREDIT MANAGEMENT,    P. O. Box 1408,   Racine, WI 53401-1408
10476543     ##Edward & Kathleen Thal,    1201 Sarasota Dr,   Wheeling, IL 60090-3977
9695058      ##+PATRICK & JENNIFER CUNNINGHAM,    11761 Winding Trails Drive,   Willow Springs, IL 60480-1619
9695073      ##WILLIAM McCUE,    P. O. Box 5729,   Evanston, IL 60204-5729
                                                                               TOTALS: 0, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2010**          **Signature:**   */s/ Joseph Speetjens*