# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: RESNICK, FRED W. | § | Case No. 05-32389 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $77,401.32 <br> *(without deducting any secured claims)* | Assets Exempt:  $13,164.25 |
| Total Distribution to Claimants: $47,689.67 | Claims Discharged <br> Without Payment: $1,218,672.59 |
| Total Expenses of Administration:  $44,763.20 | |

3) Total gross receipts of $   99,952.87   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   7,500.00   (see **Exhibit 2**), yielded net receipts of $92,452.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,763.20 | 44,763.20 | 44,763.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 28,800.00 | 25,025.00 | 25,025.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,241,337.26 | 1,241,337.26 | 22,664.67 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,314,900.46 | $1,311,125.46 | $92,452.87 |

4)  This case was originally filed under Chapter 7 on August 16, 2005. The case was pending for 74 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/20/2011           By:  /s/JOHN E. GIERUM
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 interest Residence 1310 Hilary Lane   (s) | 1110-000 | 98,488.67 |
| Interest Income | 1270-000 | 1,464.20 |
| **TOTAL GROSS RECEIPTS** | | $99,952.87 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Fred W. Resnick | Homestead Exemption | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $7,500.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gierum & Mantas | 3110-000 | N/A | 10,993.64 | 10,993.64 | 10,993.64 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 1,032.00 | 1,032.00 | 1,032.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 317.94 | 317.94 | 317.94 |
| JOHN E. GIERUM | 2100-000 | N/A | 7,872.41 | 7,872.41 | 7,872.41 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FTI Consulting | 3731-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Chase Bank | 2990-000 | N/A | 11.30 | 11.30 | 11.30 |
| Chase Bank | 2990-000 | N/A | 15.46 | 15.46 | 15.46 |
| FTI Consulting, Inc. | 3731-000 | N/A | 19,520.45 | 19,520.45 | 19,520.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 44,763.20 | 44,763.20 | 44,763.20 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Teresa and Bob Backes | 5600-000 | N/A | 2,225.00 | 2,225.00 | 2,225.00 |
| 2P | Bernardo Duarte | 5600-000 | N/A | 2,225.00 | 2,225.00 | 2,225.00 |
| 3P | Schmuttenmaer, Mary Kay & John | 5600-000 | N/A | 2,225.00 | 2,225.00 | 2,225.00 |
| 7 | Edward & Kathleen Thal | 5600-000 | N/A | 6,000.00 | 2,225.00 | 2,225.00 |
| 8P | Mark Guilliford | 5600-000 | N/A | 2,225.00 | 2,225.00 | 2,225.00 |
| 12P | Scott A & Amy F Levin | 5600-000 | N/A | 2,225.00 | 2,225.00 | 2,225.00 |
| 14P | Jennifer Ries-Buntain | 5600-000 | N/A | 2,225.00 | 2,225.00 | 2,225.00 |
| 31P | FREDERICK & JILL BALLWEG ZIMBRIC | 5600-000 | N/A | 2,225.00 | 2,225.00 | 2,225.00 |
| 34P | Alana Tallant | 5600-000 | N/A | 2,225.00 | 2,225.00 | 2,225.00 |
| 35 | Department of the Treasury | 5800-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 28,800.00 | 25,025.00 | 25,025.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Teresa and Bob Backes | 7100-000 | N/A | 12,813.00 | 12,813.00 | 233.95 |
| 2U | Bernardo Duarte | 7100-000 | N/A | 107,750.00 | 107,750.00 | 1,967.33 |
| 3U | Schmuttenmaer, Mary Kay & John | 7100-000 | N/A | 43,775.00 | 43,775.00 | 799.26 |
| 4 | J Michael & Virginia H Dimond | 7100-000 | N/A | 6,641.00 | 6,641.00 | 121.25 |
| 7U | Edward and Kathleen Thal | 7100-000 | N/A | 3,775.00 | 3,775.00 | 68.92 |
| 8U | Mark Guilliford | 7100-000 | N/A | 15,085.00 | 15,085.00 | 275.43 |
| 9 | PATRICK & JENNIFER CUNNINGHAM | 7100-000 | N/A | 94,785.00 | 94,785.00 | 1,730.61 |
| 10 | Pat & Megan Murphy | 7100-000 | N/A | 38,000.00 | 38,000.00 | 693.81 |
| 11 | Cicero Belmont Currency Exchange, Inc. | 7100-000 | N/A | 50,000.00 | 50,000.00 | 912.91 |
| 12U | Scott A & Amy F Levin | 7100-000 | N/A | 20,775.00 | 20,775.00 | 379.32 |
| 13 | David & Victoria Mecklenburger | 7100-000 | N/A | 141,895.00 | 141,895.00 | 2,590.76 |
| 14U | Jennifer Ries-Buntain | 7100-000 | N/A | 118,988.00 | 118,988.00 | 2,172.51 |
| 15 | Century Supply Co | 7100-000 | N/A | 13,446.26 | 13,446.26 | 245.51 |
| 17 | NEXT BANK, N.A. | 7100-000 | N/A | 6,784.12 | 6,784.12 | 123.87 |
| 18 | Chase Bank USA, N.A. | 7100-000 | N/A | 20,888.25 | 20,888.25 | 381.38 |
| 19 | REMODELERS SUPPLY CO. | 7100-000 | N/A | 148,859.31 | 148,859.31 | 2,717.91 |
| 21 | BARR MANAGEMENT | 7100-000 | N/A | 7,875.00 | 7,875.00 | 143.78 |
| 22 | BP FLEET | 7100-000 | N/A | 4,306.09 | 4,306.09 | 78.62 |
| 24 | GE Consumer Finance | 7100-000 | N/A | 14,393.93 | 14,393.93 | 262.81 |
| 25 | Steve Janicki | 7100-000 | N/A | 51,800.00 | 51,800.00 | 945.78 |
| 26 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | 7100-000 | N/A | 5,182.81 | 5,182.81 | 94.63 |
| 29 | HOME BUILDING SUPPLY | 7100-000 | N/A | 37,848.69 | 37,848.69 | 691.05 |
| 31U | FREDERICK & JILL BALLWEG ZIMBRIC | 7100-000 | N/A | 12,171.25 | 12,171.25 | 222.23 |
| 32 | LVNV Funding LLC | 7100-000 | N/A | 7,173.63 | 7,173.63 | 130.98 |
| 33 | 4508 S Drexel LLC | 7100-000 | N/A | 159,500.00 | 159,500.00 | 2,912.19 |
| 34U | Alana Tallant | 7100-000 | N/A | 9,575.00 | 9,575.00 | 174.82 |
| 36 | Wells Fargo Bank, NA | 7100-000 | N/A | 87,250.92 | 87,250.92 | 1,593.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,241,337.26 | 1,241,337.26 | 22,664.67 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-32389

Case Name: RESNICK, FRED W.

Period Ending: 09/20/11

Trustee:    (520171)    JOHN E. GIERUM

Filed (f) or Converted (c): 08/16/05 (f)

§341(a) Meeting Date: 09/15/05

Claims Bar Date: 05/02/06

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Abandoned OA=§554(a) DA=§554(c) | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 interest Residence 1310 Hilary Lane  (s) | 1,200,000.00 | 393,300.00 | | 98,488.67 | FA |
| 2 | Cash  (s) | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods  (s)    debtor schedules 100% value but only has 1/2 interest | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Pictures & Art   (s)    debtor schedules 100% value but only has 1/2 interest | 7,650.00 | 0.00 | DA | 0.00 | FA |
| 5 | Coin collection   (s) | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel  (s) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Sports equipment   (s) | 350.00 | 200.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance  (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Valley Term Life Ins.   (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA  (s) | 2,664.25 | 0.00 | DA | 0.00 | FA |
| 11 | Momax Stock  (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Robinette stock  (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Momax receivable  (s) | 35,207.07 | 0.00 | DA | 0.00 | FA |
| 14 | Possible civil rights lawsuit  (s) | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Possible libel suit  (s) | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Leased vehicle | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1995 Boat  (s) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Laptop &  office equipment  (s) | 2,000.00 | 1,800.00 | DA | 0.00 | FA |
| 19 | Baby grand piano  (s)    debtor schedules 100% value but only has 1/2 interest | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 20 | Jewelry (s) | 5,500.00 | 5,500.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,464.20 | FA |
| 21 | Assets    Totals (Excluding unknown values) | $1,277,401.32 | $400,800.00 | | $99,952.87 | $0.00 |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 05-32389 | **Trustee:** | (520171)    JOHN E. GIERUM |
| **Case Name:**    RESNICK, FRED W. | **Filed (f) or Converted (c):** | 08/16/05 (f) |
| | **§341(a) Meeting Date:** | 09/15/05 |
| **Period Ending:** 09/20/11 | **Claims Bar Date:** | 05/02/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

**Major Activities Affecting Case Closing:**

   727 action was completed as well as IL A/G action with large restitution order and tax work being processed

**Initial Projected Date Of Final Report (TFR):**    December 31, 2007    **Current Projected Date Of Final Report (TFR):**    October 28, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-32389 | |
| Case Name: | RESNICK, FRED W. | |
| Taxpayer ID #: | **-***7519 | |
| Period Ending: | 09/20/11 | |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****39-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/05 | {1} | First American Title Insurance Company | SALE PROCEEDS | 1110-000 | 98,488.67 | | 98,488.67 |
| 12/05/05 | | | Gross sales price            1,140,000.00 | 1110-000 | | | 98,488.67 |
| 12/05/05 | | | Liens                            -843,204.43 | 4110-000 | | | 98,488.67 |
| 12/05/05 | | | Realtor's fee                      -51,450.00 | 3510-000 | | | 98,488.67 |
| 12/05/05 | | | Property taxes (pre-petition)    -7,168.05 | 4700-000 | | | 98,488.67 |
| 12/05/05 | | | Property taxes (post-petition)  -13,990.59 | 2820-000 | | | 98,488.67 |
| 12/05/05 | | | Non-Debtor co-owner proceeds   -94,411.77 | 8500-002 | | | 98,488.67 |
| 12/05/05 | | | Costs of sale                      -31,286.59 | 2500-000 | | | 98,488.67 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 40.35 | | 98,529.02 |
| 01/27/06 | | To Account #*******3966 | | 9999-000 | | 7,500.00 | 91,029.02 |
| 01/30/06 | | Chase Bank | backup withholding | 2990-000 | | 11.30 | 91,017.72 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 55.20 | | 91,072.92 |
| 02/02/06 | | Chase Bank | backup withholding | 2990-000 | | 15.46 | 91,057.46 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 48.91 | | 91,106.37 |
| 03/09/06 | | To Account #*******3966 | Bond Reimbursement | 9999-000 | | 69.59 | 91,036.78 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 54.15 | | 91,090.93 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 57.67 | | 91,148.60 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 61.95 | | 91,210.55 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 59.99 | | 91,270.54 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 62.03 | | 91,332.57 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 62.08 | | 91,394.65 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 58.08 | | 91,452.73 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 64.11 | | 91,516.84 |
| 11/01/06 | | To Account #*******3966 | Retainer Payment | 9999-000 | | 5,000.00 | 86,516.84 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 56.86 | | 86,573.70 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 55.00 | | 86,628.70 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 57.76 | | 86,686.46 |
| 02/16/07 | | To Account #*******3966 | Bond Reimbursement | 9999-000 | | 78.88 | 86,607.58 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 43.19 | | 86,650.77 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 46.27 | | 86,697.04 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 47.83 | | 86,744.87 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 47.86 | | 86,792.73 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 44.80 | | 86,837.53 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 49.46 | | 86,886.99 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 47.94 | | 86,934.93 |
| 09/19/07 | | To Account #*******3966 | TRANSFER OF FUNDS | 9999-000 | | 19,520.45 | 67,414.48 |

| | | Subtotals : | $99,610.16 | $32,195.68 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-32389 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | RESNICK, FRED W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | **-***7519 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts<br>$ | Disbursements<br>$ | Money Market<br>Account Balance |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 39.85 | | 67,454.33 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 39.62 | | 67,493.95 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 35.11 | | 67,529.06 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 34.39 | | 67,563.45 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 30.89 | | 67,594.34 |
| 02/05/08 | | To Account #*******3966 | BOND REIMBURSEMENT | 9999-000 | | 58.03 | 67,536.31 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 13.86 | | 67,550.17 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 12.54 | | 67,562.71 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.42 | | 67,572.13 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.46 | | 67,580.59 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.58 | | 67,589.17 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.59 | | 67,597.76 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.03 | | 67,605.79 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.86 | | 67,614.65 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.37 | | 67,622.02 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 5.31 | | 67,627.33 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 67,632.12 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,634.87 |
| 02/19/09 | | To Account #*******3966 | BOND REIMBURSEMENT | 9999-000 | | 58.84 | 67,576.03 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.57 | | 67,578.60 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.94 | | 67,581.54 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,584.29 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 67,586.95 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.94 | | 67,589.89 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.84 | | 67,592.73 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.84 | | 67,595.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,598.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,601.07 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.85 | | 67,603.92 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.85 | | 67,606.77 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 67,609.43 |
| 02/12/10 | | To Account #*******3966 | TRANSFER OF FUNDS | 9999-000 | | 52.60 | 67,556.83 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.57 | | 67,559.40 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.03 | | 67,562.43 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.74 | | 67,564.17 |
| 04/20/10 | | Wire out to BNYM account<br>9200*****3965 | Wire out to BNYM account 9200*****3965 | 9999-000 | -67,564.17 | | 0.00 |

| | | | Subtotals : | $-67,245.01 | $169.47 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-32389 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RESNICK, FRED W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | **-***7519 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/20/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 32,365.15 | 32,365.15 | $0.00 |
| | | | Less: Bank Transfers | | -67,564.17 | 32,338.39 | |
| | | | **Subtotal** | | **99,929.32** | **26.76** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$99,929.32** | **$26.76** | |

{} Asset reference(s)

Printed: 09/20/2011 02:04 PM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-32389 | |
| Case Name: | RESNICK, FRED W. | |
| | | |
| Taxpayer ID #: | **-***7519 | |
| Period Ending: | 09/20/11 | |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****39-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/06 | | From Account #*******3965 | | 9999-000 | 7,500.00 | | 7,500.00 |
| 01/27/06 | 101 | Fred W. Resnick | Homestead Exemption | 8100-002 | | 7,500.00 | 0.00 |
| 03/09/06 | | From Account #*******3965 | Bond Reimbursement | 9999-000 | 69.59 | | 69.59 |
| 03/09/06 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #05-32389, Bond Reimbursement (Bond #016026455) | 2200-000 | | 69.59 | 0.00 |
| 11/01/06 | | From Account #*******3965 | Retainer Payment | 9999-000 | 5,000.00 | | 5,000.00 |
| 11/01/06 | 103 | FTI Consulting | Retainer Payment | 3731-000 | | 5,000.00 | 0.00 |
| 02/16/07 | | From Account #*******3965 | Bond Reimbursement | 9999-000 | 78.88 | | 78.88 |
| 02/16/07 | 104 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #05-32389 | 2200-000 | | 78.88 | 0.00 |
| 09/19/07 | | From Account #*******3965 | TRANSFER OF FUNDS | 9999-000 | 19,520.45 | | 19,520.45 |
| 09/19/07 | 105 | FTI Consulting, Inc. | Payment of Forensic Consultant | 3731-000 | | 19,520.45 | 0.00 |
| 02/05/08 | | From Account #*******3965 | BOND REIMBURSEMENT | 9999-000 | 58.03 | | 58.03 |
| 02/05/08 | 106 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #05-32389, Bond Reimbursement (Bond #016026455) | 2200-000 | | 58.03 | 0.00 |
| 02/19/09 | | From Account #*******3965 | BOND REIMBURSEMENT | 9999-000 | 58.84 | | 58.84 |
| 02/19/09 | 107 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #05-32389, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 58.84 | 0.00 |
| 02/12/10 | | From Account #*******3965 | TRANSFER OF FUNDS | 9999-000 | 52.60 | | 52.60 |
| 02/12/10 | 108 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 05-32389 | 2200-000 | | 52.60 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 32,338.39 | 32,338.39 | $0.00 |
| | | Less: Bank Transfers | | 32,338.39 | 0.00 | |
| | | Subtotal | | 0.00 | 32,338.39 | |
| | | Less: Payments to Debtors | | | 7,500.00 | |
| | | NET Receipts / Disbursements | | $0.00 | $24,838.39 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-32389 |
| Case Name: | RESNICK, FRED W. |
| | |
| Taxpayer ID #: | **-***7519 |
| Period Ending: | 09/20/11 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******39-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | 9999-000 | 67,564.17 | | 67,564.17 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.42 | | 67,565.59 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.02 | | 67,569.61 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.89 | | 67,573.50 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.01 | | 67,577.51 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.01 | | 67,581.52 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.66 | | 67,583.18 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.72 | | 67,584.90 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.66 | | 67,586.56 |
| 12/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 1.16 | | 67,587.72 |
| 12/21/10 | | To Account #9200******3966 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 67,587.72 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 67,587.72 | 67,587.72 | $0.00 |
| | Less: Bank Transfers | 67,564.17 | 67,587.72 | |
| | **Subtotal** | **23.55** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$23.55** | **$0.00** | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-32389 |
| Case Name: | RESNICK, FRED W. |
| | |
| Taxpayer ID #: | **-***7519 |
| Period Ending: | 09/20/11 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******39-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/10 | | From Account #9200******3965 | TRANSFER FUNDS FROM MMA TO<br>CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 67,587.72 | | 67,587.72 |
| 12/23/10 | 10109 | Gierum & Mantas | First and Final Distribution | 3110-000 | | 10,993.64 | 56,594.08 |
| 12/23/10 | 10110 | Lois West, Popowcer Katten, Ltd. | First and Final Distribution | 3410-000 | | 1,032.00 | 55,562.08 |
| 12/23/10 | 10111 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 7,872.41 | 47,689.67 |
| 12/23/10 | 10112 | Department of the Treasury | First and Final Distribution | 5800-000 | | 5,000.00 | 42,689.67 |
| 12/23/10 | 10113 | Teresa and Bob Backes | First and Final Distribution | 5600-000 | | 2,225.00 | 40,464.67 |
| 12/23/10 | 10114 | Bernardo Duarte | First and Final Distribution | 5600-000 | | 2,225.00 | 38,239.67 |
| 12/23/10 | 10115 | Schmuttenmaer, Mary Kay & John | First and Final Distribution | 5600-000 | | 2,225.00 | 36,014.67 |
| 12/23/10 | 10116 | Edward & Kathleen Thal | First and Final Distribution | 5600-000 | | 2,225.00 | 33,789.67 |
| 12/23/10 | 10117 | Mark Guilliford | First and Final Distribution | 5600-000 | | 2,225.00 | 31,564.67 |
| 12/23/10 | 10118 | Scott A & Amy F Levin | First and Final Distribution | 5600-000 | | 2,225.00 | 29,339.67 |
| 12/23/10 | 10119 | Jennifer Ries-Buntain | First and Final Distribution | 5600-000 | | 2,225.00 | 27,114.67 |
| 12/23/10 | 10120 | FREDERICK & JILL BALLWEG<br>ZIMBRIC | First and Final Distribution<br>Stopped on 06/06/11 | 5600-000 | | 2,225.00 | 24,889.67 |
| 12/23/10 | 10121 | Alana Tallant | First and Final Distribution | 5600-000 | | 2,225.00 | 22,664.67 |
| 12/23/10 | 10122 | Teresa and Bob Backes | First and Final Distribution | 7100-000 | | 233.95 | 22,430.72 |
| 12/23/10 | 10123 | Bernardo Duarte | First and Final Distribution | 7100-000 | | 1,967.33 | 20,463.39 |
| 12/23/10 | 10124 | Schmuttenmaer, Mary Kay & John | First and Final Distribution | 7100-000 | | 799.26 | 19,664.13 |
| 12/23/10 | 10125 | J Michael & Virginia H Dimond | First and Final Distribution | 7100-000 | | 121.25 | 19,542.88 |
| 12/23/10 | 10126 | Edward and Kathleen Thal | First and Final Distribution | 7100-000 | | 68.92 | 19,473.96 |
| 12/23/10 | 10127 | Mark Guilliford | First and Final Distribution | 7100-000 | | 275.43 | 19,198.53 |
| 12/23/10 | 10128 | PATRICK & JENNIFER<br>CUNNINGHAM | First and Final Distribution | 7100-000 | | 1,730.61 | 17,467.92 |
| 12/23/10 | 10129 | Pat & Megan Murphy | First and Final Distribution | 7100-000 | | 693.81 | 16,774.11 |
| 12/23/10 | 10130 | Cicero Belmont Currency Exchange,<br>Inc. | First and Final Distribution | 7100-000 | | 912.91 | 15,861.20 |
| 12/23/10 | 10131 | Scott A & Amy F Levin | First and Final Distribution | 7100-000 | | 379.32 | 15,481.88 |
| 12/23/10 | 10132 | David & Victoria Mecklenburger | First and Final Distribution | 7100-000 | | 2,590.76 | 12,891.12 |
| 12/23/10 | 10133 | Jennifer Ries-Buntain | First and Final Distribution | 7100-000 | | 2,172.51 | 10,718.61 |
| 12/23/10 | 10134 | Century Supply Co | First and Final Distribution | 7100-000 | | 245.51 | 10,473.10 |
| 12/23/10 | 10135 | NEXT BANK, N.A. | First and Final Distribution | 7100-000 | | 123.87 | 10,349.23 |
| 12/23/10 | 10136 | Chase Bank USA, N.A. | First and Final Distribution | 7100-000 | | 381.38 | 9,967.85 |
| 12/23/10 | 10137 | REMODELERS SUPPLY CO. | First and Final Distribution | 7100-000 | | 2,717.91 | 7,249.94 |
| 12/23/10 | 10138 | BARR MANAGEMENT | First and Final Distribution | 7100-000 | | 143.78 | 7,106.16 |
| 12/23/10 | 10139 | BP FLEET | First and Final Distribution | 7100-000 | | 78.62 | 7,027.54 |
| 12/23/10 | 10140 | GE Consumer Finance | First and Final Distribution | 7100-000 | | 262.81 | 6,764.73 |

Subtotals : $67,587.72   $60,822.99

{} Asset reference(s)

Printed: 09/20/2011 02:04 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-32389 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RESNICK, FRED W. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***7519 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/10 | 10141 | Steve Janicki | First and Final Distribution | 7100-000 | | 945.78 | 5,818.95 |
| 12/23/10 | 10142 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | First and Final Distribution | 7100-000 | | 94.63 | 5,724.32 |
| 12/23/10 | 10143 | HOME BUILDING SUPPLY | First and Final Distribution | 7100-000 | | 691.05 | 5,033.27 |
| 12/23/10 | 10144 | FREDERICK & JILL BALLWEG ZIMBRIC | First and Final Distribution Stopped on 06/06/11 | 7100-000 | | 222.23 | 4,811.04 |
| 12/23/10 | 10145 | LVNV Funding LLC | First and Final Distribution | 7100-000 | | 130.98 | 4,680.06 |
| 12/23/10 | 10146 | 4508 S Drexel LLC | First and Final Distribution | 7100-000 | | 2,912.19 | 1,767.87 |
| 12/23/10 | 10147 | Alana Tallant | First and Final Distribution | 7100-000 | | 174.82 | 1,593.05 |
| 12/23/10 | 10148 | Wells Fargo Bank, NA | First and Final Distribution | 7100-000 | | 1,593.05 | 0.00 |
| 06/06/11 | 10120 | FREDERICK & JILL BALLWEG ZIMBRIC | First and Final Distribution Stopped: check issued on 12/23/10 | 5600-000 | | -2,225.00 | 2,225.00 |
| 06/06/11 | 10144 | FREDERICK & JILL BALLWEG ZIMBRIC | First and Final Distribution Stopped: check issued on 12/23/10 | 7100-000 | | -222.23 | 2,447.23 |
| 06/06/11 | 10149 | FREDERICK & JILL BALLWEG ZIMBRIC | First and Final Distribution | 5600-000 | | 2,225.00 | 222.23 |
| 06/06/11 | 10150 | FREDERICK & JILL BALLWEG ZIMBRIC | First and Final Distribution | 7100-000 | | 222.23 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 67,587.72 | 67,587.72 | $0.00 |
| Less: Bank Transfers | 67,587.72 | 0.00 | |
| Subtotal | 0.00 | 67,587.72 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $67,587.72 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****39-65 | 99,929.32 | 26.76 | 0.00 |
| Checking # ***-*****39-66 | 0.00 | 24,838.39 | 0.00 |
| MMA # 9200-******39-65 | 23.55 | 0.00 | 0.00 |
| Checking # 9200-******39-66 | 0.00 | 67,587.72 | 0.00 |
| | $99,952.87 | $92,452.87 | $0.00 |